UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL and ALICIA FURMAN )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>JOHN RUGER and )<br>RUGER ASSOCIATES, Inc., )<br>)<br>Defendants ) | Civil Action No. _____<br><br>05 11271 RWZ |

### NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below named attorney enters an appearance as counsel for Defendants John Ruger and Ruger Associates, Inc.:

> Nikolas P. Kerest
> Pierce Atwood
> One Monument Square
> Portland, ME 04101
> (207) 791-1100

Dated: June 16, 2005

_____
Nikolas P. Kerest, BBO# 647462
Attorney for Defendants John Ruger and
Ruger Associates, Inc.

Pierce Atwood
One Monument Square
Portland, ME 04101

{W0364707.1}

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing pleading has been served upon counsel for Plaintiff, via U.S. Mail, addressed as follows:

> Andrew C. Novick, Esq.
> Novick Law Offices Inc.
> 227 Union Street
> New Bedford, MA  02740

DATED: June 16, 2005

Nikolas P. Kerest

{W0364707.1}