UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL and ALICIA FURMAN )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>JOHN RUGER and )<br>RUGER ASSOCIATES, Inc., )<br>)<br>Defendants ) | Civil Action No. _____<br><br><br>**05  11271 RWZ** |

### MOTION TO ADMIT ATTORNEY JOTHAM D. PIERCE, JR.
### *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

1.  Defendants John Ruger and Ruger Associates, Inc. ("Ruger") seek to have Attorney Jotham D. Pierce, Jr. appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to the Local Rule 83.5.3.

2.  I, Nikolas P. Kerest, am a member of the bar of this Court and have entered an appearance for Defendant Ruger in this case. I am an associate in the law firm of Pierce Atwood.

3.  I am actively associated with Attorney Jotham D. Pierce, Jr., who is a partner at Pierce Atwood.

4.  Accompanying this Motion is a Certificate by Jotham D. Pierce, Jr. certifying that he meets the requirements specified in Local Rule 83.5.3.

5.  No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Jotham D. Pierce, Jr. be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

{W0364744.1}

DATED: June 16, 2005

                                                        /s/ Nikolas P. Kerest
                                                    Nikolas P. Kerest, BBO# 647462
                                                    Attorney for Defendants John Ruger and
                                                    Ruger Associates, Inc.

Pierce Atwood
One Monument Square
Portland, ME  04101
(207) 791-1100

{W0364744.1}

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing pleading has been served upon counsel for Plaintiff, via U.S. Mail, addressed as follows:

> Andrew C. Novick, Esq.
> Novick Law Offices Inc.
> 227 Union Street
> New Bedford, MA  02740

DATED: June 16, 2005

_____
Nikolas P. Kerest

{W0364744.1}

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL and ALICIA FURMAN )<br><br>Plaintiffs )<br>)<br>v. )<br>)<br>JOHN RUGER and )<br>RUGER ASSOCIATES, Inc., )<br>)<br>Defendants ) | Civil Action No. _____<br><br>**05 11271 RWZ** |

### CERTIFICATE OF JOTHAM D. PIERCE, JR.
### FOR ADMISSION *PRO HAC VICE* IN THE
### U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, Nikolas P. Kerest (Bar Reg. No. 647462) who has entered an appearance in this case, has moved this Court to grant leave for Jotham D., Pierce, Jr. to practice before this Court in this particular case.

Furthermore, I, Jotham D. Pierce, Jr., do hereby certify the following:

1. I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which include the United States District Court for the District of Maine and the United States District Court for the Northern District of New York.

2. My office address and telephone number are: Pierce Atwood, One Monument Square, Portland, ME 04101 (207) 791-1100.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

{W0364730 1}

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case <u>Carl and Alicia Furman v. John Ruger and Ruger Associates, Inc.</u>

Sworn to this date and under penalties of perjury.

Dated: June 16, 2005

_____
Jotham D. Pierce, Jr.

Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100