UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL and ALICIA FURMAN )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>JOHN RUGER and )<br>RUGER ASSOCIATES, Inc., )<br>)<br>Defendants ) | Civil Action No. _____<br><br>05  11271 RWZ |

**DEFENDANT'S CORPORATE**
**DISCLOSURE STATEMENT**

Defendant Ruger Associates, Inc. has not issued shares to the public nor has its subsidiaries or affiliates.

DATED: June 16, 2005

_____
Nikolas P. Kerest, BBO #647462
Attorney for Defendants

Pierce Atwood
One Monument Square
Portland, ME  04101
(207) 791-1100

{W0364992.1}

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing pleading has been served upon counsel for Plaintiff, via U.S. Mail, addressed as follows:

> Andrew C. Novick, Esq.
> Novick Law Offices Inc.
> 227 Union Street
> New Bedford, MA  02740

DATED:  June 16, 2005

_____
Nikolas P. Kerest

{W0364992.1}