UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11271-RZW  RWZ

| | |
|---|---|
| Carl and Alicia Furman,<br>    PLAINTIFFS | )<br>)<br>) |
| VS. | )<br>) |
| John Ruger and<br>Ruger Associates, Inc.,<br>    DEFENDANTS | )<br>)<br>) |

**PLAINTIFFS' ANSWER
TO DEFENDANT RUGER ASSOCIATES INC'S COUNTERCLAIM**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. The Furmans, Defendants in Counterclaim, admit that Ruger Associates Inc. completed work, but deny the remaining allegations of this paragraph.

7. Denied.

8. Denied.

9. The Furmans, Defendants in Counterclaim repeat their previous answers.

10. Admitted.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

## AFFIRMATIVE DEFENSES

1. This action is barred by the relevant Statute of Limitations.

2. This action is barred due to the Plaintiff in Counterclaims breach.

3. This action is barred due to waiver.

4. This action is barred by the Plaintiff in Counterclaim's "unclean hands."

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served by mailing postage paid by first class mail to the Defendants' counsel of record, this 21st day of July, 2005.

Respectfully submitted,
Carl Furman and Alicia Furman,
By their attorney,

ANDREW C. NOVICK, ESQ.
NOVICK LAW OFFICES INC.
227 Union Street
New Bedford, MA 02740
Tel. No. (508) 997-4571
B.B.O. No. 543825