UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11271-RZW

| | |
|---|---|
| Carl and Alicia Furman,<br>    PLAINTIFFS | )<br>)<br>) |
| VS. | )<br>) |
| John Ruger and<br>Ruger Associates, Inc.,<br>    DEFENDANTS | )<br>)<br>) |

### NOTICE OF APPEAL

Notice is hereby given that Carl Furman and Alicia Furman, Plaintiffs in the above-named case, hereby appeal to the United States court of Appeals for the Circuit, from an order allowing the Defendants' Motion to Transfer Case, filed on 8/5/05, and entered on 8/8/05.

Respectfully submitted,
Carl Furman and Alicia Furman,
By their attorney,

ANDREW C. NOVICK, ESQ.
NOVICK LAW OFFICES INC.
227 Union Street
New Bedford, MA  02740
Tel. No. (508) 997-4571
B.B.O. No. 543825

Dated: August 30, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served by mailing postage paid by first class mail to the Defendants' counsel of record, Nikolas P. Kerest, and, Jotham D. Pierce, at, PIERCE ATWOOD, LLP., One Monument Square, Portland, ME 04101, Tel. No. (207) 791-1162, this 30th day of August, 2005.

Respectfully submitted,
Carl Furman and Alicia Furman,
By their attorney,

ANDREW C. NOVICK, ESQ.
NOVICK LAW OFFICES INC.
227 Union Street
New Bedford, MA 02740
Tel. No. (508) 997-4571
B.B.O. No. 543825