UNITED STATES COURT

DISTRICT OF MASSACHUSETTS    Civil Action No. 05-11271-RWZ
COURT OF APPEALS DOCKET NO: Not yet docketed

| | |
|---|---|
| **Carl and Alicia Furman,** | ) |
|   **PLAINTIFFS** | ) |
| | ) |
| **VS.** | ) |
| | ) |
| **John Ruger and** | ) |
| **Ruger Associates, Inc.,** | ) |
|   **DEFENDANTS** | ) |

**CERTIFICATE OF NO TRANSCRIPT**

  I, Andrew C. Novick, counsel for the Plaintiff-Appellants Carl Furman and Alicia Furman, hereby certify that there have been no recorded proceedings in this case, and that I am not ordering a transcript.

                 Respectfully submitted,
                 Carl Furman and Alicia Furman,
                 By their attorney,

                 _____
                 ANDREW C. NOVICK, ESQ.
                 NOVICK LAW OFFICES INC.
                 227 Union Street
                 New Bedford, MA   02740
                 Tel. No. (508) 997-4571
                 B.B.O. No. 543825

Dated: September 7, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this pleading has been served by mailing postage paid by Express Mail to the Defendants' counsel of record, Nikolas P. Kerest, and, Jotham D. Pierce, at, PIERCE ATWOOD, LLP., One Monument Square, Portland, ME 04101, Tel. No. (207) 791-1162, this 7th day of September, 2005.

                                                          Respectfully submitted,
                                                          Carl Furman and Alicia Furman,
                                                          By their attorney,

                                                          ANDREW C. NOVICK, ESQ.
                                                          NOVICK LAW OFFICES INC.
                                                          227 Union Street
                                                          New Bedford, MA  02740
                                                          Tel. No. (508) 997-4571
                                                          B.B.O. No. 543825